

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★      ★ ★ ★

**MEMORANDUM OPINION**

No. 04-10-00470-CV

**IN RE WILLIAM JAMES JONAS III, Relator**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:    July 7, 2010

PETITION FOR WRIT OF HABEAS CORPUS DENIED

The court has considered relator's petition for a writ of habeas corpus and a motion for emergency relief and is of the opinion the relator is not entitled to the relief sought. Accordingly, relator's petition for a writ of habeas corpus and request for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CI-13110, styled *In the Matter of the Marriage of Charlotte Pawel Jonas and William James Jonas, III*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael P. Peden presiding.